## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**BEASLEY FM ACQUISITION CORP. and**
**BEASLEY RADIO, INC.,**

　　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　　　　　**Case No. 13-cv-516-FtM-29UAM**

**SUN BROADCASTING, INC., f/k/a**
**MERIDIAN BROADCASTING, INC.,**

　　　　　　　　　　Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE DEFEND AND MEMORANDUM IN SUPPORT

Defendant **SUN BROADCASTING, INC. f/k/a MERIDIAN BROADCASTING, INC.,** for good cause shown herein moves the Court for an extension of time in which to answer or otherwise defend in this case, reserving all rights, remedies, and defenses, procedural and substantive.

## MEMORANDUM

　　　　Defendant is in the process of completing the necessary investigation into the allegations of the Plaintiff, as well as issues pertaining to service of process.   Defendant has a meritorious defense to this case, however requires an extension of thirty days in order to conduct the appropriate review.

　　　　Defendant reserves all rights, remedies and defenses, including without limitation all

Page 1

defenses of FRCP 12(b)(1)-(7), among others.

Further, Defendant has received and is evaluating a settlement communication from the Plaintiffs and the parties may be shortly engaged in a discourse that will produce a resolution. This extension is therefore reasonably requested and is not interposed for any delay.   The granting of this motion will not cause prejudice to any party but instead will further the interests of justice and a fair outcome herein.


## COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned hereby certifies that she endeavored to confer with opposing counsel, by personal telephone calls, a detailed voice message, and also by sending detailed written correspondence on August 1 and August 4, as to the relief requested herein, however no response was made to the undersigned concerning this motion or the request for consent hereto.

Wherefore, Defendant respectfully requests this extension of thirty (30) days to answer or otherwise defend.


Respectfully submitted,


/s/ JENNIFER L. WHITELAW
JENNIFER L. WHITELAW
WHITELAW LEGAL GROUP
Florida Bar No. 0938629
TRIAL COUNSEL for Defendant
 **SUN BROADCASTING, INC., f/k/a**
**MERIDIAN BROADCASTING, INC.,**
3838 Tamiami Trail North
Third Floor
Naples, Florida 34103
Telephone (239) 262-1001
Facsimile (239) 261-0057
Email: usdcmail@whitelawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing is being provided counsel of record herein via electronic service through CM/ECF on date of electronic filing hereof.

/s/ JENNIFER L. WHITELAW
JENNIFER L. WHITELAW